IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )           No. 11-00082-01-CR-W-DGK
                                    )
JASON L. ROBBINS,                   )
                                    )
            Defendant.              )

ORDER

Pending before the Court are Defendant's Motion to Dismiss Multiplicitous Counts
(Doc. 83), the Government's response (Doc. 86 ), and United States Magistrate Judge Sarah W.
Hays' Report and Recommendation recommending that the motion be denied (Doc. 93).

After carefully reviewing the Magistrate's report and conducting an independent review
of the record and applicable law, it is hereby ORDERED that Magistrate Judge Hays' Report and
Recommendation be ADOPTED.  Defendant's Motion to Dismiss (Doc. 83) is hereby DENIED.

IT IS SO ORDERED.

Date:  November 8, 2012               ___/s/ Greg Kays_____
                                     GREG KAYS, JUDGE
                                     UNITED STATES DISTRICT COURT